IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard Perry,  Case No.3:09cv1847

    Plaintiff

v.  ORDER

Commissioner of Social Security,

    Defendant

This case, which has been referred to United States Magistrate Judge for Report and Recommendation. The Magistrate Judge having filed her Report and Recommendation, to which the defendant does not object. I have reviewed the case, de novo, which I find well-taken on the merits for the reasons stated in the Report and Recommendation, which is incorporated herein by reference as the opinion of the undersigned. Therefore, it is hereby

ORDERED THAT the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is adopted as the Order of this Court. The plaintiff's motion for attorney fees is awarded in the amount of $4,895.75 and costs in the amount of $57.00.

So ordered.

s/James G Carr

U.S. District Judge